**Rosa Elia LOPEZ GOMEZ, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 08–74417.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 15, 2011.*

Filed March 1, 2011.

Rosa Elia Lopez Gomez, Panorama City, CA, pro se.

Joubin Nasseri, Nasseri Law Group, Los Angeles, CA, for Petitioner.

CAC–District Counsel, Esquire, Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Margaret Anne O'Donnell, Trial, DOJ–U.S. Department of Justice, Washington, DC, for Respondent.

Before: CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

MEMORANDUM **

Rosa Elia Lopez Gomez, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order denying her motion to reopen removal proceedings. We have juris-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

diction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Iturribarria v. INS,* 321 F.3d 889, 894 (9th Cir.2003), and we deny the petition for review.

The BIA acted within its discretion in denying as untimely Lopez Gomez's motion to reopen because it was filed more than 90 days after the BIA's final removal order, *see* 8 U.S.C. § 1229a(c)(7)(C)(i), and she has not demonstrated that she qualifies for any exception to the 90–day time limit, *see* 8 C.F.R. § 1003.2(c)(2).

Lopez Gomez's remaining contentions are unavailing.

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.